No. 26-3780

# In the United States Court of Appeals for the Sixth Circuit

OPTUMRX, INC., UNITEDHEALTH GROUP INCORPORATED, OPTUM, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., OPTUMRX DISCOUNT CARD SERVICES, LLC, OPTUM PERKS, LLC, OPTUMHEALTH CARE SOLUTIONS, LLC, OPTUMHEALTH HOLDINGS, LLC, OPTUM HEALTH NETWORKS, INC., EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EVERNORTH HEALTH, INC., AND EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.,

*Petitioners.*

United States District Court for the
Northern District of Ohio (No. 1:17-md-2804-DAP)
(Hon. Dan Aaron Polster)

## PETITIONERS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR PETITION FOR WRIT OF MANDAMUS

In accordance with Federal Rule of Appellate Procedure 27(a), Petitioners respectfully move for leave to file a reply in support of their petition for writ of mandamus. The proposed reply is being filed contemporaneously with this motion. In support of the motion, Petitioners state as follows:

1. On August 26, 2026, Petitioners filed their petition for writ of mandamus, which was docketed on August 27. Doc. No. 1.

2. On September 1, 2026, the Court ordered the Plaintiffs' Executive Committee (PEC) to respond to the petition by September 16, 2026 and invited the District Court to respond to the petition by the same date. Doc. No. 31.

3. On September 11, 2026, the District Court submitted a letter response to the petition, which has not yet been docketed.

4. On September 16, 2026, the PEC filed a response to the petition. Doc. No. 38.

5. Federal Rule of Appellate Procedure 21 neither permits nor prohibits a reply.

6. When the federal rules are silent, this Court has permitted a reply when it is "helpful" and does not simply "reiterate[] prior arguments." *In re Gen. Motors, LLC*, 2023 WL 12074927, at *1 (6th Cir. Oct. 23, 2023) (cleaned up). This Court has also permitted a reply after inviting a response to a mandamus petition, as an alternative to setting a briefing schedule. *E.g.*, *In re OptumRx, Inc.*, 2023 U.S. App. LEXIS 30291, at *5–6 (6th Cir. Nov. 14, 2023). Indeed, this Court regularly grants leave to file replies in support of mandamus petitions. *See, e.g.*, Letter Order, *In re CVS Pharmacy Inc.,* No. 20-3075 (6th Cir. Mar. 17,

2020), Doc. No. 49; Order, *In re Nat'l Prescription Opiate Litig.*, No. 19-3827 (6th Cir. Oct. 10, 2019), Doc. No. 32; *cf. In re Nat'l Prescription Opiate Litig.*, 2025 U.S. App. LEXIS 23052, at *15 (6th Cir. Sep. 5, 2025) (discussing arguments raised in proffered reply).

7. A short reply is warranted here given the importance of the legal issues at stake and will afford Petitioners the opportunity to respond to the legal and factual representations contained in the responses filed by plaintiffs and the District Court.

For these reasons, Petitioners respectfully request leave to file the attached reply brief in support of their petition for writ of mandamus.

Respectfully submitted,

/s/ *Jonathan G. Cooper*

MICHAEL J. LYLE
JONATHAN G. COOPER
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 13th Street N.W., Suite 600
Washington D.C. 20004
(202) 538-8000

*Counsel for Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., and Express Scripts Specialty Distribution Services, Inc.*

ROBERT J. GIUFFRA, JR.
JEFFREY T. SCOTT
MATTHEW J. PORPORA
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

/s/ *Brian D. Boone*

BRIAN D. BOONE
D. ANDREW HATCHETT
MATTHEW P. HOOKER
ALSTON & BIRD LLP
1120 S. Tryon Street, Suite 300
Charlotte, North Carolina 28203
(704) 444-1000

*Counsel for OptumRx, Inc., UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.*

SEPTEMBER 22, 2026

## CERTIFICATE OF SERVICE

I certify that, on September 22, 2026, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system.

Robert J. Giuffra, Jr.

Dated: September 22, 2026